# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Viktor Salamakhin, | No. CV-26-00330-PHX-AMM (MTM) |
| Petitioner, | **ORDER** |
| v. | |
| Kristi Noem, et al., | |
| Respondents. | |

In its May 6, 2026 Order, the Court required Respondents to provide Petitioner a bond hearing at which the Government bore the burden of proof to establish Petitioner remained a flight risk or a danger. (Doc. 13.) Respondents' status report indicates Petitioner was granted bond and released from custody on May 13, 2026. (Doc. 15.) The Court will therefore terminate this action consistent with its May 6, 2026 Order.

Accordingly,

**IT IS ORDERED** that this action is **DISMISSED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall enter Judgment in Petitioner's favor and close this case.

Dated this 27th day of May, 2026.

Honorable Angela M. Martinez
United States District Judge